Saul Wolf, Respondent, v. Irving Furie, Appellant.— Action to recover, by way of damages, the amount of commissions which plaintiff alleges he would have received had not the defendant, as a purchaser of real property, by virtue of a conspiracy, false and fraudulent representations, and breach of contract deprived him thereof. Order denying motion of defendant for judgment on the pleadings reversed on the law, with $10 costs and disbursements, and the motion granted, with $10 costs. There are no factual allegations upon which can be predicated the conclusion that the sale had been effected through the instrumentality of plaintiff as broker. (*Newberry & Co.* v. *Warnecke & Co.,* 267 App. Div. 418, affd. 293 N. Y. 698; *Sieven* v. *Glazer,* 267 App. Div. 969, motion for leave to appeal denied, 292 N. Y. 726; *Sieven* v. *Glazer,* 268 App. Div. 1052.) Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

### (May 8, 1946.)

Max Goldberg, Appellant, v. Adolph Friedman, Respondent.— Motion for leave to appeal to the Appellate Division and for a stay denied, without costs. Present — Lewis, P. J., Hagarty, Carswell and Johnston, JJ.; Adel, J., not voting. [186 Misc. 983.]

### (May 10, 1946.)

In the Matter of the Application of Elbert Bradford Ferguson for Admission to Practice as an Attorney. (From the District of Columbia.) — Application granted. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.